# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 17, 2015

## NO. 03-12-00791-CV

**Eugenio Espinoza Martinez, Appellant**

**v.**

**Kathleen Anne Lozano Martinez, Appellee**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final decree of divorce signed by the district court on November 7, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the rendering of the district court's final decree of divorce. Therefore, the Court reverses the district court's final decree of divorce and remands the case to the district court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.